**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARGARET ELLIS,

     Plaintiffs,

v.                                                                                                Case No. 6:25-CV-2415

THE PRUDENTIAL INSURANCE,
COMPANY OF AMERICA,
     Defendants.

_____

**<u>Mediation Report</u>**

     The parties held a mediation conference on _____5/26/2026_____, and the results of that conference are indicated below.

**1. Attendance**

     The following participants attended the mediation conference:

☒     lead counsel

☒     the parties or a party's surrogate satisfactory to the mediator

☐     any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:
 N/A
_____

_____

_____

_____

## 2. Outcome

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐ The parties completely settled the case.

☒ The parties partially settled the case. The following issues remain: CONDITIONAL FULL SETTLEMENT SUBJECT TO AGREEMENT ON ALL RELEASE TERMS.

☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☐ The parties have reached an impasse.

/s/ CALVIN B. BENNETT III
CALVIN B. BENNETT III
MEDIATOR
6/2/2026