**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**CASE NO: 6:25-CV-02415-ACC-LHP**

MARGARET ELLIS,

      Plaintiff,

   v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Margaret Ellis and Defendant The Prudential Insurance Company of America, by and through their respective attorneys, hereby stipulate that all claims alleged in the above entitled action are dismissed with prejudice. Further, each party will bear its own costs, expenses and attorneys' fees.

DATED:  June 25, 2026                              Respectfully Submitted,


MARGARET ELLIS                         THE PRUDENTIAL INSURANCE
                                       COMPANY OF AMERICA

By: /*s/ Edward P. Dabdoub*
Edward P. Dabdoub (FBN 45685)          */s/ Hector R. Rivera*
DABDOUB LAW FIRM, P.A.                  Hector R. Rivera (FBN 882453)
1600 Ponce de Leon Blvd., Suite 1202   Quintairos, Prieto, Wood & Boyer, P.A.
Coral Gables, Florida 33134            9300 South Dadeland Blvd., 4th Floor
Telephone: (305) 754-2000              Miami, FL  33156
Facsimile: (305) 754-2007              Telephone:  (305) 670-1101
eddie@longtermdisability.net           Facsimile:  (305) 670-1161
                                       E-mail: hrivera@qpwblaw.com

*Counsel for Plaintiff*
                                       *Counsel for Defendant*


2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have caused a true and correct copy of the foregoing

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE to be served upon

the following, by the Court's ECF system, on this 25th day of June, 2026:

> Edward Philip Dabdoub
> Dabdoub Law Firm, P.A.
> 1600 Ponce de Leon Blvd, Ste. 1202
> Coral Gables, FL 33134-4096
> eddie@longtermdisability.net

> */s/ Hector R. Rivera*
> One of the Attorneys for Defendant
> The Prudential Insurance Company of
> America

3